WINIFRED CONAHAN, Respondent, *v.* LOUIS SHERRY, INC., Appellant.

(Argued October 20, 1931: decided November 17, 1931.)

*James I. Cuff* and *Harold V. Angevine* for appellant.
*Ralph O. L. Fay* and *T. J. Gillen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.